IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WILLIAM L. GREER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:06-cv-0528 |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This motion is GRANTED as to ¶ I, II, III, VI and VIII.

This motion is DENIED as to ¶ IV, V and VII without prejudice, given the Defendant's motion to dismiss on these subjects will be [illegible]

3-13-8

## CSX TRANSPORTATION, INC.'S MOTIONS *IN LIMINE*

Comes Defendant, CSX Transportation, Inc. ("CSXT"), and submits the following Motions *in Limine*:

### I. FUTURE WAGE LOSS

CSXT respectfully submits that the Court should not allow Plaintiff to introduce evidence intended to prove that he is entitled to recover damages for future wage loss. In support of this Motion, CSXT states that Plaintiff was returned to work by the decision of the Public Law Board on September 6, 2006. Plaintiff subsequently resumed his employment with CSXT on November 2, 2006, and is currently employed by CSXT. Therefore, Plaintiff is not entitled seek any damages for future wage loss.

### II. BACK PAY

CSXT respectfully submits that the Court should not allow Plaintiff to introduce evidence intended to prove that he is entitled to recover back pay for period time following his termination up to his return to work by the Public Law Board. In support of this Motion, CSXT states that: